UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

v.

NIKOLAI IAKUNIN,

Defendant.

Case No. 6:25-po-00542-HBK

ORDER REGARDING BENCH TRIAL

On April 7, 2026, the Court set this federal misdemeanor matter for a bench trial on August 4, 2026 at 10:00 a.m. in Yosemite. (Doc. 4). The record further reflects that Defendant failed to appear for the status conference previously set on June 2, 2026. (Doc. 7). A Russian interpreter was present for that hearing, and a Russian interpreter is also scheduled to be present for trial. Defendant is ADVISED that if he fails to appear for trial as ordered, the Court may issue a warrant for his arrest based on that nonappearance. Under federal law, knowingly failing to appear as required after release may constitute a separate offense punishable, in the case of a misdemeanor, by a fine or imprisonment of not more than one year, or both. 18 U.S.C. § 3146.

Accordingly, Defendant is ORDERED to appear personally for trial at the date and time stated above.

Dated: August 3, 2026

Helena M. Barch-Kuchta

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE